UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00631-FDW-DCK

| MICHAEL DAVID GUTOWSKI and MARY ANNE GUTOWSKI, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| SPECIALIZED LOAN SERVICING, LLC; BROCK & SCOTT, PLLC, and JOHN DOES 1-50, | ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc. No. 15), which this Court deemed in a *sua sponte* order a motion to dismiss without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 16). The Court further ordered Defendants, who have appeared, to respond to Plaintiffs' motion to dismiss without prejudice by February 2, 2018 or file a notice of stipulation of dismissal without prejudice of all claims. In accordance with the Court's order, Defendants Specialized Loan Servicing, LLC and Brock and Scott, PLLC (collectively, "Defendants") filed their response consenting and stipulating to the dismissal without prejudice of all claims alleged by Plaintiffs in this action. (Doc. No. 17).

As Defendants have consented and stipulated, Plaintiffs' motion to dismiss, captioned as Notice of Voluntary Dismissal, (Doc. No. 15) is GRANTED. Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE. The Clerk is respectfully directed to TERMINATE all pending motions (Docs. No. 2, 7), CLOSE THE CASE, and SEND a copy of this Order to Plaintiffs' address of record.

1

IT IS SO ORDERED.

Signed: February 1, 2018

Frank D. Whitney
Chief United States District Judge