# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary Anne Gutowski<br>Michael David Gutowski**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00631-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| John Does<br>Brock and Scott, PLLC<br>Specialized Loan Servicing, LLC**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2018 Order.

February 1, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court